Tuesday,
November 27.

HUNT and Others *v.* STANDART and Others.

APPEAL from *Marion* Circuit Court.

*Per Curiam.*—This case is similar to that of *Hunt et al. v. The Same Appellees*, at this term (1).

The judgment as to the makers of the note is affirmed; as to the indorsers, it is reversed.

*N. B. Taylor*, for appellant.

(1) Ante, p. 33.